IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 NOV -3 PM 2:07

DEPUTY CLERK ____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO.: 2:15-CR-0074 (1) |
| | § | |
| DOROTHY STEGALL BARNES | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On September 30, 2015, a Report and Recommendation Concerning Plea of Guilty was issued in the above-referenced cause. The response period has expired and no objections have been filed.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation Concerning Plea of Guilty. The Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge should be ADOPTED by the United States District Court.

The Court therefore does adopt the Report and Recommendation Concerning Plea of Guilty as to defendant DOROTHY STEGALL BARNES.

ACCORDINGLY, IT IS THEREFORE ORDERED that the guilty plea of defendant DOROTHY STEGALL BARNES as to Count One of the Indictment is found to have been knowingly and voluntarily entered and both the guilty plea and the plea agreement are accepted. This case is continued for sentencing pending the receipt of the probation officer's presentence report.

ENTERED this __3rd__ day of November 2015.

S/ Mary Lou Robinson
MARY LOU ROBINSON
United States District Judge